IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHITNEY SMELSER, | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. 1:23-cv-01463-JRN |
| DAN SERVICES, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | § § § § § | |
| *Defendants*. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Whitney Smelser ("Plaintiff") and Defendants DAN Services, Inc. and National Union Fire Insurance Company of Pittsburgh, Pa. (collectively, "Defendants") hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendants are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 23rd day of July, 2024.

*[Signatures of counsel appear on the following page]*

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew J. Heilala* | */s/ Matthew J. Kolodoski* |
| Andrew J. Heilala | Matthew J. Kolodoski |
| State Bar No. 24076817 | State Bar No. 24081963 |
| ajh@andrewheilala.com | mkolodoski@thompsoncoe.com |
| | |
| THE LAW OFFICE OF ANDREW HEILALA | THOMPSON, COE, COUSINS & IRONS, L.L.P. |
| 2901 Bee Cave Rd., Ste. I | 700 N. Pearl Street, 25th Floor |
| Austin, Texas 78746 | Dallas, Texas 75201 |
| Telephone:   (512) 472-0994 | Telephone:   (214) 871-8200 |
| Facsimile:   (512) 900-7621 | Facsimile:   (214) 871-8209 |
| | |
| **COUNSEL FOR PLAINTIFF WHITNEY SMELSER** | **COUNSEL FOR DEFENDANTS DAN SERVICES, INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, a copy of the above and foregoing Motion was filed in accordance with the Federal Rules of Civil Procedure.

Andrew J. Heilala
The Law Office of Andrew Heilala
2901 Bee Cave Rd., Ste. I
Austin, Texas 78746
ajh@andrewheilala.com

COUNSEL FOR PLAINTIFF
WHITNEY SMELSER

*/s/ Matthew J. Kolodoski*
Matthew J. Kolodoski